FILED
2024 Feb-23 PM 12:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS BENSON, as Administrator of the Estate of BRIAN BENSON, deceased, | ) | |
| Plaintiff, | ) | Case No: 2:23-CV-00746-RDP |
| v. | ) | |
| ALABAMA POWER COMPANY and FICTITIOUS PARTY DEFENDANTS A-J, | ) | **This Motion is Unopposed** |
| Defendants. | ) | |

**MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S SUBMISSION OF RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Comes now the above styled Plaintiff, Thomas Benson, as Administrator of the Estate of Brian Benson, deceased, by and through his Undersigned Counsel, Jessica Bugge, and in support of this motion states the following:

1. Undersigned Counsel has emailed Counsel for Defendant regarding this issue, and Counsel for Defendant has graciously declined to oppose this motion. However, as this motion seeks relief from the Court, there could be no resolution of the issue between counsel.

2. Plaintiff desires to file its Brief in response to "Defendant Alabama Power Company's Motion for Judgment on the Pleadings" (to be titled "Opponent's Responsive Submission in Response to Exhibit "B" of the Court's Order") and intends to do so on this date.

3. Undersigned Counsel did not recognize that Defendant's referenced motion triggered the commencement of the deadlines in Exhibit B to the Initial Order until reviewing the Court's Order dated February 21, 2024.

4. Undersigned Counsel has been behind on reviewing emails this week due to having several children out of school, some related to illness and another with a broken bone in his foot that was just addressed with a specialist yesterday. Consequently, Undersigned Counsel did not see the February 21, 2024 Order until late on February 22, 2024, and did not recognize the resultant deadline issue until earlier this morning, on February 23, 2024.

5. As the Court has made clear that the briefing schedule in Exhibit B to the Initial Order is in effect regarding the subject motion, and as the subject motion was filed on February 12, 2024, Plaintiff submits this motion seeking a brief extension of the deadline for submission of Plaintiff's response brief.

6. No prejudice to any party should result from this motion being granted, and Undersigned Counsel respectfully asks that this relief be granted in light of the attendant circumstances, and lack of any fault on the part of Plaintiff himself giving rise to this issue.

WHEREFORE, Plaintiff respectfully requests, by and through Undersigned Counsel, that this motion be granted, and that Plaintiff be allowed a short extension of time within which to submit her brief in response to "Defendant Alabama Power's Motion for Judgment on the Pleadings".

Respectfully submitted this 23rd day of February, 2024.

*/s/ Jessica Bugge*
Jessica Bugge
LAW FIRM OF JESSICA BUGGE, LLC
1442 Montgomery Highway
Birmingham, AL 35216
Phone: (205) 677-6878

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on Defendant by electronic transmission on this 23rd day of February, 2024.

Sloane B. Phillips, Esq.
James A. Byram, Jr., Esq.
Allen M. Estes, Esq.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
sphillips@balch.com

*/s/ Jessica Bugge*
OF COUNSEL