FILED
2024 Feb-29 AM 08:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS BENSON, as Administrator of the Estate of BRIAN BENSON, deceased,

Plaintiff,

v.

ALABAMA POWER COMPANY and FICTITIOUS PARTY DEFENDANTS A-J,

Defendants.

Case No: 2:23-CV-00746-RDP

**OPPONENTS'S RESPONSIVE SUBMISSION IN RESPONSE TO EXHIBIT "B" OF THE COURT'S INITIAL ORDER DATED JUNE 9, 2023**

Comes now the above styled Plaintiff, Thomas Benson, as Administrator of the Estate of Brian Benson, deceased, by and through his Undersigned Counsel, Jessica Bugge, and in response and objection to "Defendant Alabama Power Company's Motion for Judgment on the Pleadings" states the following:

## INTRODUCTION

Plaintiff does not dispute Defendant's introductory statements citing the rules of procedure and caselaw. Plaintiff does dispute the assertion that the Complaint filed herein supports a finding that this action is barred by the statute of limitations. Plaintiff further asserts that this action has been timely filed regardless of the interpretation of any statements contained in the Complaint.

## UNDISPUTED FACTS

1. Plaintiff acknowledges Defendant's restatements of portions of Plaintiff's Complaint in paragraph one of Defendant's motion (Doc. 11).

2. Plaintiff acknowledges paragraphs two and four of Defendant's motion (Doc. 11, p.2), regarding the applicability in this case of the statute of limitations for a wrongful death claim, and the date of filing of the Complaint, cited as Doc. 1-1.

3. Plaintiff denies the assertion in paragraph three of Defendant's motion that Brian Benson's date of death was February 27, 2021. It is a matter of public record, as reflected in the death certificate of Brian Benson (attached hereto as Exhibit "A"), that the date of death for Plaintiff's decedent, Brian Benson, was February 28, 2021.

4. The Complaint filed herein does not state with specificity Brian Benson's date of death, but rather states he was caused to drown by the events of February 27, 2021. It is officially recorded, and an indisputable fact, that Brian Benson's date of death was February 28, 2021.

## LEGAL AUTHORITY AND ARGUMENT

5. Plaintiff acknowledges the citations, in paragraph five of Defendant's subject motion (Doc. 11), of code sections regarding the statute of limitations in Alabama applicable to this case.

6. As stated above the date of decedent's death was February 28, 2021; hence the filing of the Complaint in this case on February 28, 2023 was timely. Plaintiff acknowledges the code sections and caselaw cited by Defendant in paragraph six of Defendant's subject motion (Doc. 11) and avers these authorities support Plaintiff's position that the Complaint was timely filed.

7. Plaintiff denies the allegations contained in paragraph seven of Defendant's subject motion (Doc. 11) as to Brian Benson's date of death and as to Defendant's position regarding the statute of limitations.

8. Plaintiff acknowledges that inclusion of the exact date of Brian Benson's death in the Complaint (Doc 1-1) would have precluded any confusion in this regard. Undersigned Counsel has prepared a "Motion for Leave to Amend Plaintiff's Complaint" for the sole purpose of specifically stating Brian Benson's date of death in paragraph eight. This motion will be filed if necessary upon receipt of Counsel for Defendant's position on the referenced motion.

WHEREFORE, Plaintiff respectfully requests, by and through Undersigned Counsel, that "Defendant Alabama Power Company's Motion for Judgment on the Pleadings" be denied.

Respectfully submitted this 29th day of February, 2024.

*_/s/ Jessica Bugge_*
Jessica Bugge
LAW FIRM OF JESSICA BUGGE, LLC
1442 Montgomery Highway
Birmingham, AL 35216
Phone: (205) 677-6878

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on Defendant by electronic transmission on this 29th day of February, 2024.

Sloane B. Phillips, Esq.
James A. Byram, Jr., Esq.
Allen M. Estes, Esq.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
sphillips@balch.com

*/s/ Jessica Bugge*
OF COUNSEL

# EXHIBIT "A"

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

ANY ALTERATIONS VOID THIS DOCUMENT

# ALABAMA
## Center for Health Statistics
## ALABAMA CERTIFICATE OF DEATH

State File Number 101 2021-12086

1. DECEASED LEGAL NAME: Brian Lewis Benson
2. DATE AND TIME OF DEATH: Feb 28, 2021
3. ALIAS NAME(IF ANY): None Given
4. DATE AND TIME PRONOUNCED DEAD: Feb 28, 2021 1100
5. COUNTY OF DEATH: Randolph
6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE: Wedowee, 36278
7. PLACE OF DEATH: Lake Wedowee
8. SEX: Male
9. LAST NAME PRIOR TO FIRST MARRIAGE:
10. SERVED IN ARMED FORCES: No
11. AGE: 62 — UNDER 1 YEAR (MONTHS, DAYS): — UNDER 1 DAY (HRS, MINS):
12. DATE OF BIRTH: Mar 11, 1958
13. BIRTHPLACE (State or Foreign Country): Missouri
14. SOCIAL SECURITY NUMBER: 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
15. MARITAL STATUS: Divorced
16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE:
17. RESIDENCE STATE: Alabama
18. RESIDENCE COUNTY: Lee
19. CITY, TOWN OR LOCATION AND ZIP CODE: Auburn, 36830
20. STREET ADDRESS: 3297 S College Street Apt G201
21. INFORMANT NAME, RELATIONSHIP AND ADDRESS: Tom Benson, Brother, 4115 Georgia Mountain Road, Guntersville, AL 35976
22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE: Milton Lewis Benson
23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE: Doris Enfield
24. DISPOSITION OF BODY: Cremation
25. CEMETERY OR CREMATORY: Cremation
26. LOCATION: Opelika, Alabama
27. DATE OF DISPOSITION: Mar 5, 2021
28. FUNERAL DIRECTOR OR OTHER AGENT: Bill Trant
29. LICENSE NUMBER:
30. DATE SIGNED: Mar 8, 2021
31. FUNERAL HOME NAME AND ADDRESS: Jeffcoat-Trant Funeral Home, P O Box 2604, Opelika, AL 36803
32. LICENSE NUMBER:
33. **MEDICAL CERTIFICATION:** Coroner
34. NAME: Terry L. Sparks, Coroner
35. LICENSE NUMBER:
36. DATE SIGNED: Mar 3, 2021
37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: 17624 Hwy 431, Wedowee, Alabama 36278
38. REGISTRAR: Nicole Henderson Rushing
39. DATE FILED: Mar 9, 2021

### CAUSE OF DEATH

40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH

| | | INTERVAL |
|---|---|---|
| IMMEDIATE CAUSE | A. Drowning | Sudden |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| UNDERLYING CAUSE | B. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | C. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | D. | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:
42. MANNER OF DEATH: Accident
43. PREGNANT (IF FEMALE):
44. AUTOPSY: No
45. FINDINGS CONSIDERED:
46. TOXICOLOGY: No
47. FINDINGS CONSIDERED:
48. TOBACCO USE CONTRIBUTED TO DEATH: No
49. HOW INJURY OCCURRED: Victim drowned
50. DATE AND TIME OF INJURY: Feb 27, 2021 +/- 1700
51. INJURY AT WORK: No
52. IF TRANSPORTATION INJURY, SPECIFY:
53. PLACE OF INJURY: Sports and Recreation Area
54. LOCATION OF INJURY: Just below RL Harris Dam on , Lineville, AL

ADPH HS E2/REV 01-21

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2021-178-634-2

March 9, 2021

Nicole Henderson Rushing
State Registrar of Vital Statistics